IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:11-cv-23628

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

      Plaintiffs,

vs.

NORDSTROM, INC.,

      Defendant.
_____/

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Melvino Technologies Limited and ArrivalStar S.A., by and through their undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss, **with prejudice,** all claims against Defendant Nordstrom, Inc., with each party to bear its own costs, expenses and attorneys' fees in connection with this action.

Dated:  November 22, 2011.

Respectfully submitted,

/s/ William R. McMahon
William R. McMahon, Esquire
Florida Bar Number: 39044
McMahon Law Firm, LLC
P.O. Box 880567
Boca Raton, Florida 33488
Email: bill@mlfllc.com
Tel: 561-487-7135
Fax: 561-807-5900
**Counsel for Plaintiffs**